FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LUIS MANUEL PONCE,<br><br>　　　　Defendant. | Case No.: SA12-0002M<br><br>ORDER OF REVOCATION AND DETENTION AFTER HEARING<br>[18 U.S.C. 3148(B)] |

　　　The defendant having been called to personally appear in a courtroom of this District pursuant to an Order to Show Cause Why Bail should not be Revoked for his pretrial release. After a hearing, the Court finds as follows:

(1)(X) A.　there is probable cause to believe the defendant has committed a Federal, State, or local crime while on release; or

　(X) B.　there is clear and convincing evidence the defendant violated the following condition(s) of release: not possess or use any illegal drugs.

　　　and

(2)(X) A.　that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not flee or pose a danger to the safety or any other person or the community; or

Page 1 of 2

1  (X) B.   that the defendant is unlikely to abide by any condition or combination of
2          conditions of release.
3                    (X) and/or in the event of (1)(A):
4  (3)(X)   that the defendant has not rebutted the presumption that no condition or
5          combination of conditions will assure that the person will not pose a danger to the
6          safety of any other person or the community.
7  (4)(X)   that there are conditions of release that will assure that the defendant will not flee
8          or pose a danger to the safety of any other person or the community, and that the
9          defendant will abide by such conditions.  *See* separate order setting conditions.
10  ( )    This Order shall be stayed for 72 hours in order to allow the Government to seek
11         review from the District Judge assigned to this case or assigned to handle this
12         matter by virtue of being on criminal duty.
13
14 (X)    IT ORDERED that the defendant's prior pretrial release is revoked and the defendant
15         is detained prior to trial. The bond is revoke and the sureties are exonerated on any
16         liability on the bond.
17
18
19
20 Dated: January 13, 2012              /s/   Arthur Nakazato
                                       ARTHUR NAKAZATO
21                                     UNITED STATES MAGISTRATE JUDGE